UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

PERCY LEE ADAMS, JR.

        Plaintiff,

v.

PO WILLIAM OELS, III

        Defendants.

---

Civil Action No.
08-593 (PGS)

O R D E R

The Court having previously granted Plaintiff's application for Pro Bono Counsel on April 13, 2009,

It is on this 7th day of May, 2009,

**ORDERED** that Robert Gordon Rose, Esq., of Day Pitney LLP shall be appointed to represent Plaintiff in the above captioned matter, and the Clerk of the Court shall follow the procedures set forth in Appendix H of the Local Rules for the United States District of New Jersey.

                                                        PETER G. SHERIDAN, U.S.D.J.