**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

May 14, 2010

### LETTER ORDER

Re:   Percy Lee Adams, Jr. v. William Oels, III, et al.
      Civil Action No. 08-593 (PGS)

Dear Litigants:

Please be advised that the in-person settlement conference set for June 30, 2010 has been adjourned and rescheduled to **July 1, 2010 at 12:00 PM**.  One week prior to the conference, each party is to deliver to the Court a confidential letter, NOT to exceed 5 pages in total, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. Trial counsel and clients with full settlement authority are to be present IN PERSON at the conference.  Any failure in this regard shall result in the imposition of sanctions.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**